FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 3 2022

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Martin Javier Bermudez

6531 E. Calle Dened

Tucson, Arizona 85710

In the <u>United States Disctrict</u> Court for the County of ____Pima____

in the State of ____Arizona____

Martin Javier Bermudez

    Plaintiff,

  v.

John Doe of the CIA

    Defendant.

Case No.: | CV-22-416-TUC-JAS

Complaint

Plaintiff <u>Martin Javier Bermudez</u> brings forth the following causes of action and alleges the following:

1. Plaintiff is an individual and a resident of <u>6531 E. Calle Dened</u>, <u>Tucson Arizona</u>.

2. Defendant is a legally defined business entity, formed under the laws of State of <u>Virginia</u>, and located at <u>1000 Colonial Farm Road</u>, <u>Langley</u>, <u>Fairfax County</u> <u>Virgina</u>.

3. On about <u>August</u> <u>1st</u>, <u>2021</u>, during my time at Elevate Apartments I was conspired upon, ambushed & aggressed. I was plotted against & marked for torture, for the project so called Artichoke. Trespassing, hearing voices, assaults, harrassments, death threats, and bodily possessions, I have experienced during my time of influence, with the government agency that I know to be a-part of, the CIA.

4. On about <u>November</u> <u>29</u>, <u>2020</u>, in a facility of time travel routes, I was attacked mentally and bodily during the time of my cousins wedding, where I had experienced a spiritual possession to which would resemble to and through bodily spasm & the disfiguring of the mind resembling a siezure attack by the misconduct of "intelligence & witche's potions" for assault and for personal gain in the lives of agents from the agency, the CIA.

5. The CIA have been experimenting and possessing my life for the project so called Artichoke, through Mandela torment, ultra sonic soundwaves, & assassin making for the harrassment toward my family & I's livelyhood for torture & scandals for the lives & likings of agents from the CIA. These agents have commited assaults, wire fraud, misconduct of a weapon, threats & death threats, murder, have violated their employment agreement contract of page 2, Adherence to Regulations, Policies, and Procedures/Conflict of Interest, & violating the Central Intelligence Agency Act of 1949 sec 15 under the policy 1315(b)(2) of title 40

Plaintiff brings forth the following counts and allegations supporting Plaintiff's cause of action:

**Count 1** – Conspiracy under the FTCA .

Count 2 - Kidnapping, Project Artichoke & MKUltra

Count 3 - Trespassing

Count 4 - Violation of Employment Agreement Contract

Count 5 - Violation of the Central Intellegency Agency Act of 1949

Count 6 - Violation of Article the Sixth of the Bill of Rights

Count 7 - Assault of a deadly weapon

Count 8 - Harrassment

Count 9 - Wire fraud

Count 10 - Misconduct of a weapon

Count 11 - Murder

**Damages**

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $1,000,000 , plus all attorney fees and costs incurred by Plaintiff in connection with this action.

Additionally, Plaintiff seeks the justice behind the criminal activity that the representative agents have been commiting toward Martin Javier Bermudez's life, & the trail & jury to be able to proceed with said standings and compensation for the actions imposed toward his life.

Respectfully submitted this 09 day of September , 2022

Martin Javier Bermudez

Name:

Its:

Plaintiff

https://www.northwestregisteredagent.com/legal-forms/lawsuit/complaint